UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHEONA ANTONELLO,

                      Plaintiff,                      **ORDER**

    - against -                                        No. 24-CV-8058 (CS)

HELEN HAYES HOSPITAL,

                      Defendant.
-------------------------------------------------------------x

      As discussed at the court conference this morning, on consent of all parties, the federal claims are dismissed with prejudice and the state claims are dismissed without prejudice. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated:  February 19, 2025
         White Plains, New York

                                                  _____
                                                      CATHY SEIBEL, U.S.D.J.